# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-13-063-F ) |
| SERENA MONEEQUE KING and STARTING 5, LLC, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT OF ACQUITTAL

The court having granted defendant Serena Moneeque King's Rule 29 motion for judgment of acquittal as to Counts 1 and 2 of the Superseding Indictment on October 29, 2015, and

The court having granted defendant Starting 5, LLC's Rule 29 motion for judgment of acquittal as to Count 1 of the Superseding Indictment on October 29, 2015, and

The jury having found defendants Serena Moneeque King and Starting 5, LLC **NOT GUILTY** on Count 3 of the Superseding Indictment on November 4, 2015,

IT IS ORDERED the defendants Serena Moneeque King and Starting 5, LLC are **ACQUITTED** and discharged, and any bond exonerated.

Dated this 4th day of November, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE